IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50359
Summary Calendar
_____


GILBERT RODRIGUEZ,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL,
Commissioner of Social Security,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CV-598
- - - - - - - - - -
December 23, 1997
Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Gilbert Rodriguez appeals from the district court's judgment

affirming the denial of his application for supplemental security

income.  He argues that substantial evidence did not exist to

support the finding that he was not disabled.  We have reviewed

the record and find no reversible error.  Accordingly, the

judgment is AFFIRMED for essentially the reasons stated by the

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

district court.  See Rodriguez v. Chater, No. A-95-CA-598 JN
(W.D. Tex. April 28, 1997).

AFFIRMED.